UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL RAMSEY, | ) | 1:04-CV-6299 AWI LJO P |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING EXTENSION OF |
| | ) | TIME TO FILE OBJECTIONS |
| v. | ) | (DOCUMENT #14) |
| | ) | |
| S. WHITLACH, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On July 26, 2006, plaintiff filed a motion to extend time to file objections to the findings and recommendations. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty days from the date of service of this order in which to file objections.

IT IS SO ORDERED.

**Dated:   August 23, 2006**             /s/ Lawrence J. O'Neill
b6edp0                                              UNITED STATES MAGISTRATE JUDGE