1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10

11  MICHAEL THOMAS RAMSEY,              1:04-cv-06299-AWI-LJO-P

12              Plaintiff,         **ORDER ADOPTING FINDINGS AND
                                   RECOMMENDATIONS** (Doc. 13)
13  vs.
                                   **ORDER DISMISSING ENTIRE ACTION**
14  S. WHITLACH, et al.,

15              Defendants.
    _____/
16

17      Michael Ramsey ("Plaintiff"), a state prisoner proceeding

18  pro se and in forma pauperis, has filed this civil rights action

19  seeking relief under 42 U.S.C. § 1983.  The matter was referred

20  to a United States Magistrate Judge pursuant to 28 U.S.C.

21  § 636(b)(1)(B) and Local Rule 72-302.

22      On May 26, 2006, the Magistrate Judge filed Findings and

23  Recommendations herein which were served on the parties and which

24  contained notice to the parties that any objections to the

25  Findings and Recommendations were to be filed within thirty (30)

26  days.  To date, the parties have not filed objections to the

27  Magistrate Judge's Findings and Recommendations.

28  //

                                  1

1    In accordance with the provisions of 28 U.S.C.
2    § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
3    de novo review of this case.  Having carefully reviewed the
4    entire file, the Court finds the Findings and Recommendations to
5    be supported by the record and by proper analysis.

6    Accordingly, IT IS HEREBY ORDERED that:

7    1.    The Findings and Recommendations, filed May 26, 2006,
8    are ADOPTED IN FULL; and,

9    2.    This action is DISMISSED in its entirety.

11   IT IS SO ORDERED.

12   **Dated:    September 12, 2006    **          **/s/ Anthony W. Ishii**
     0m8i78                                    UNITED STATES DISTRICT JUDGE